Lawrence F. Carnevale
Carter Ledyard & Milburn LLP
2 Wall Street
New York, New York 10005
Tel.: 212-732-3200
Fax: 212-732-3232
email: carnevale@clm.com

*Attorneys for Plaintiff Transcontinental Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
Transcontinental Inc.,

            Plaintiff,

  -against-

B Print Services, Inc.,

            Defendant.
-----------------------------------------------------------x

Case No. 10-CV-1112

**NOTICE OF DISMISSAL**

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Transcontinental Inc. hereby dismisses the above-captioned action with prejudice.

Dated: New York, New York
       February 15, 2011

CARTER LEDYARD & MILBURN LLP

By: _____
Lawrence F. Carnevale
2 Wall Street
New York, New York 10005
(212) 732-3200

*Attorneys for Plaintiff Transcontinental Inc.*

SO ORDERED:

_____
U.S. District Judge
Date: February 16, 2011

6732448.1